| | |
|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | IN THE SUPREME COURT OF MARYLAND |
| v. | AG Docket No. 2 |
| MARY ELIZABETH DAVIS | September Term, 2024 |

ORDER

After the Attorney Grievance Commission filed its petition for disciplinary or remedial action, which alleged that discipline had been imposed by the District of Columbia Court of Appeals, the Court required the parties to show cause why corresponding discipline should not be imposed. Neither party responded to the Court's order.

Upon consideration of the petition for disciplinary or remedial action, it is this 9th day of July 2024, by the Supreme Court of Maryland,

ORDERED that, *nunc pro tunc* to July 29, 2023, respondent, Mary Elizabeth Davis, is suspended from the practice of law for 30 days with the entirety of the suspension stayed under the following conditions, both of which have already been satisfied:

(a) that respondent not be the subject of a disciplinary complaint that results in a finding of misconduct in this or any other jurisdiction for the nine-month period that started on June 21, 2022, and

(b) that respondent take three hours of continuing legal education courses in legal ethics.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk



_____/s/ Matthew J. Fader_____
Chief Justice